## SECOND DEPARTMENT, JANUARY, 1922.

. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO.TAURILLI, Appellant.

BLACKMAR, P. J.: A re-examination of the record and briefs satisfies me that in this case [See 200 App. Div. 845] there is no question of law which should be reviewed by the Court of Appeals, and I, therefore, deny the motion for a certificate of reasonable doubt. ————

JULIUS BRODY, Appellant, v. MADISON LUNCH, INC., and Others, Respondents, and Another, Defendant.— Motion for stay granted on condition that plaintiff, within five days, file a surety company undertaking in the sum of $1,500, conditioned for the payment of the rent as due and to accrue pending the appeal, and further on condition that the appeal be brought on for argument and argued on January 13, 1922; otherwise, motion denied, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

THE CITY OF NEW YORK, Appellant, v. THE CITIZENS WATER SUPPLY COMPANY OF NEWTOWN, Respondent.— Motion denied on condition that defendant file a stipulation to repay the excess over the old rate, if it be determined in this action that the increase is illegal. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ. Settle order before the presiding justice.

ROSE T. DONALDSON, Respondent, v. SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.— Motion to resettle order granted, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

LUIS EHRLICH, Respondent, v. ISAAC ITZKOWITZ, Appellant.— Motion for stay granted. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ. Settle order before Mr. Justice Manning.

EDWARD A. FARRELL, Respondent, v. NATIONAL CIVIL SERVICE ENDOWMENT ASSOCIATION, Appellant.— Motion denied. By clerical error, section 236 of the Insurance Law* was mentioned in the opinion [See 199 App. Div. 191], when the court meant to cite section 234.* The error seems to us obvious. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

HYMAN FURER, Respondent, v. HENRY ROSS, Appellant.— Motion denied, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

In the Matter of the Petition of the BROOKLYN TRUST COMPANY to Render and Settle Its Final Account as Executor, etc., of ALFRED L. SIMONSON, Deceased. — Motion granted, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

In the Matter of Summary Proceedings: ROCKAWAY POINT COMPANY, INC., Respondent, v. SOPHIE FRIBERG and Another, Appellants. (Actions Nos. 1–11.) — Motions denied, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

In the Matter of Proceedings Supplementary to Execution, etc. WILLIAM R. WEBER and SAMUEL WEBER, Respondents, v. MAX KLEIN, Appellant.— Motion for stay granted, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

* Added by Laws of 1911, chap. 198.— [REP.